MINUTE ENTRY
JUDGE SEAR
FEBRUARY 1, 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALVIN ROBERTSON | * | CIVIL ACTION |
| VERSUS | * | NO. 00-193 |
| WTD INDUSTRIES, TREE SOURCE INDUSTRIES, INC. and RELIANCE INSURANCE COMPANY | * | SECTION "G" |

### O R D E R

Plaintiff's complaint fails to satisfy the Court that complete diversity of citizenship exists as required to establish the Court's jurisdiction over the subject matter of this case.

Accordingly,

IT IS ORDERED that counsel for plaintiff show cause why the case should not be dismissed. This shall be done not later than February 15, 2000.

New Orleans, Louisiana, this _1_ day of February, 2000.

MOREY L. SEAR
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY  FEB 2 2000