UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALVIN ROBERTSON | * | CIVIL ACTION |
| VERSUS | * | NO. 00-193 |
| WTD INDUSTRIES, TREE SOURCE INDUSTRIES, INC. and RELIANCE INSURANCE COMPANY | * | SECTION: "G" |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION AND ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, comes the plaintiff, Alvin Robertson, who moves this Honorable Court for an order allowing him to amend his original complaint herein for the following reasons:

1.

On February 2, 2000 the Court entered a show cause order to plaintiff advising that his claim failed to show complete diversity of citizenship of the parties. Therefore, plaintiff has prepared the attached First Amended Complaint and desires to file same into the record in order to cure the alleged defect in the original complaint.

WHEREFORE, plaintiff, Alvin Robertson, prays that this motion be granted.

RESPECTFULLY SUBMITTED,

HARRY E. FORST
Entergy Corporation Building
639 Loyola Avenue, Suite 1820
New Orleans, LA 70113
525-1328
Bar No. 5715

DATE OF ENTRY  FEB 14 2000

**O R D E R**

Considering the foregoing Motion:

**IT IS ORDERED** that the First Amended Complaint of plaintiff, Alvin Robertson be filed into the record of the above matter.

New Orleans, Louisiana this 11th day of February, 2000.

_____
J U D G E