UNITED STATES DISTRICT COURT DISTRICT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALVIN ROBERTSON | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO.: 00-0193 |
| | * | |
| WTD INDUSTRIES, TREE SOURCE INDUSTRTIES, INC. and RELIANCE INSURANCE COMPANY | * * | SECTION "G" |

## MOTION AND ORDER TO DISMISS WITH PREJUDICE

On motion of plaintiff, Alvin Robertson, through undersigned counsel, and on suggesting to the court that the captioned matter has been settled and compromised, and that this cause should be dismissed with prejudice to plaintiff, with each party bearing his own costs.

IT IS ORDERED that the captioned matter is hereby dismissed with prejudice to the plaintiff, with each party bearing his own costs.

New Orleans, Louisiana, this _22_ day of _March_, 2000.

_____
JUDGE

_____
Harry E. Forst (Bar #5715)
Attorney for Plaintiff
Entergy Corporation Building
639 Loyola Avenue, Suite 1820
New Orleans, LA 70113
Tele: (504) 525-1328

DATE OF ENTRY

MAR 2 3 2000